UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR GABRIEL GONZALEZ III,<br><br>   Plaintiff,<br><br>   v.<br><br>CAPTAIN C. GOLLEHER, et al.,<br><br>   Defendants. | 1:19-cv-00506-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br>(Doc. No. 8.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br>(Doc. No. 6.)<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

   Plaintiff Nestor Gabriel Gonzalez III is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On September 22, 2020, findings and recommendations were entered, recommending that this action be dismissed, without prejudice, for plaintiff's failure to comply with the court's order issued on July 28, 2020.  (Doc. No. 6.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  The fourteen-day time period has expired, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.[1]

---

[1] On October 5, 2020, the United States Postal Service returned the findings and recommendations to the court as undeliverable at plaintiff's last-known address. Plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  Local Rule 182(f).

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on September 22, 2020 (Doc. No. 8), are adopted in full;
2. This action is dismissed, without prejudice, for plaintiff's failure to comply with the court's order issued on July 28, 2020; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 31, 2020**

_____
UNITED STATES DISTRICT JUDGE